## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: American Federation Insurance Company v. Nuka Enterprises LLC, et al.

Case Number: 1:22-cv-07221

An appearance is hereby filed by the undersigned as attorney for:

Nuka Enterprises LLC

Attorney name (type or print): Emily Newhouse Dillingham

Firm: Benesch, Friedlander, Coplan & Aronoff, LLP

Street address: 71 S. Wacker Drive, Suite 1600

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6290333
(See item 3 in instructions)

Telephone Number: 312-212-4949

Email Address: ebroderick@beneschlaw.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ✔ No

Are you a member of the court's trial bar? ☐ Yes ✔ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 16, 2023

Attorney signature: S/ Emily Newhouse Dillingham
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015