## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – CHANCERY DIVISION

| | |
|---|---|
| **GEORGE TSITIRIDIS**, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 2022 CH 06258 ) |
| **NUKA ENTERPRISES, LLC**, | ) ) ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

**THIS MATTER** coming on by agreement of the parties pursuant to the Stipulation of Dismissal with Prejudice entered into between them, due notice given, with the parties in agreement,

**IT IS HEREBY ORDERED:**

Pursuant to 735 ILCS 5/2-1009(a), this matter is dismissed with prejudice as to Plaintiff's individual claims, but without prejudice as to any claims of any putative class members, with each party bearing its own costs and attorneys' fees, except as set forth in the parties' settlement agreement.

Agreed to:  
Nuka Enterprises, LLC

By: /Shabnam Malek/

Agreed to:  
George Tsitiridis

By: /s/ Thomas A. Zimmerman, Jr.

Proposed Order prepared by:  
Atty No.: 34418  
Name: Zimmerman Law Offices, P.C.  
Attorney for: Plaintiff  
Address: 77 West Washington Street, Suite 1220  
City: Chicago, Illinois 60602  
Telephone: (312) 440-0020  
Email: *firm@attorneyzim.com*

Allen Price Walker  
Associate Judge

Jun. 16, 2023

ENTER

Circuit Court - 2071

_____  _____  
Judge                       Judge No.

FILED DATE: 5/8/2023 3:06 PM   2022CH06258

FILED
5/8/2023 3:06 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH06258
Calendar, 3
22625793

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – CHANCERY DIVISION

| | |
|---|---|
| **GEORGE TSITIRIDIS**, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 2022 CH 06258 |
| **NUKA ENTERPRISES, LLC**, | ) ) ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**WHEREAS**, the Parties have entered into a confidential Settlement Agreement and Release ("Settlement Agreement"), settling all of Plaintiff's individual claims in this case;

**WHEREAS**, pursuant to that Settlement Agreement, the Parties agreed to execute and to file with the Court this Stipulation of Dismissal With Prejudice, and agreed to bear their own costs and attorneys' fees in connection with this case;

**THEREFORE**, pursuant to 735 ILCS 5/2-1009(a), the Parties, through their attorneys, hereby stipulate as follows:

1. The above-captioned case is hereby dismissed with prejudice as to Plaintiff's individual claims, but without prejudice as to any claims of any putative class members.

2. The Parties will bear their own costs and attorneys' fees in connection with this case, except as set forth in the Settlement Agreement.

FILED DATE: 5/8/2023 3:06 PM   2022CH06258

| Defendant NUKA ENTERPRISES, LLC, | Plaintiff GEORGE TSITIRIDIS, individually, and on behalf of all others similarly situated, |
|---|---|
| By: /s/ *Emily Newhouse Dillingham*<br>Emily Newhouse Dillingham<br>*edillingham@beneschlaw.com*<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>71 S. Wacker Drive, Suite 1500<br>Chicago, Illinois 60604<br>(312) 624-6413<br><br>Counsel for Defendant | By: /s/ *Thomas A. Zimmerman, Jr.*<br>Thomas A. Zimmerman, Jr.<br>*tom@attorneyzim.com*<br>ZIMMERMAN LAW OFFICES, P.C.<br>77 W. Washington Street, Suite 1220<br>Chicago, Illinois 60602<br>(312) 440-0020 telephone<br><br>Counsel for Plaintiff |